UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00270-RJC-DSC

| | |
|---|---|
| REGINALD DARDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CITY OF CHARLOTTE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Summary Judgment filed on March 7, 2023. (Doc. No. 8). As of April 5, 2023, Plaintiff, who is proceeding pro se, had failed to respond to the Motion; therefore, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Court advised Plaintiff of his right to respond. (Doc. No. 12). The Order gave Plaintiff until April 12, 2023, to respond to Defendant's Motion, and it warned him that failure to respond would result in the Motion being granted. (*Id.*). Despite the Court's warning, Plaintiff has failed to respond to Defendant's Motion for Summary Judgment, and the time for doing so has expired.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Summary Judgment, (Doc. No. 8), is **GRANTED**, and Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED** with prejudice. The Clerk of Court is directed to close this case.

Signed: April 18, 2023

Robert J. Conrad, Jr.
United States District Judge